No. 443, Misc.   SMITH v. HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 458, Misc.   DE BERRY v. MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.

No. 460, Misc.   BOONE v. STEWART, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 468, Misc.   BARONIA v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 471, Misc.   HATZIS v. NEW YORK.   Appellate Division of the Supreme Court of New York.   Certiorari denied.

No. 474, Misc.   McNAUGHTON v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 481, Misc.   NELSON v. RAGEN, WARDEN.   Circuit Court of Knox County, Illinois.   Certiorari denied.

No. 482, Misc.   REYNOLDS v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 483, Misc.   SCHECTMAN v. NEW YORK.   Appellate Division of the Supreme Court of New York, Second Department.   Certiorari denied.

No. 486, Misc.   WILLIAMS v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.